

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. '21 MJ5006 |
| Plaintiff, | ) |
| | ) |
| v. | ) <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) Title 8, USC 1324(a)(1)(A)(ii) and |
| | ) (a)(1)(B)(iv) Transportation Of Illegal |
| | ) Aliens resulting in death |
| Kevin Antonio QUEVEDO-Moncada, | ) |
| | ) Title 18, USC 111(a)(1) and (b) Assault |
| | ) on a Federal Officer (Felony) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The undersigned complainant being, duly sworn, states:

### Count One

On or about December 25, 2021, within the Southern District of California, defendant Kevin Antonio QUEVEDO-Moncada, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Luis Javier HERNANDEZ-Sacramento, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(iv).

Count Two

On or about December 25, 2021, within the Southern District of California, defendant Kevin Antonio QUEVEDO-Moncada, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent Arellano, in that Defendant assaulted Agent Arellano while the Agent was engaged in the performance of his official duties, such acts involving use of a dangerous weapon, to wit; defendant used his vehicle to strike Agent Arrellano's vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 27, 2021.

*William V. Gallo*
_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Kevin Antonio QUEVEDO-Moncada

## PROBABLE CAUSE STATEMENT

The complainant states that Luis Javier HERNANDEZ-Sacramento is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 25, 2021, Border Patrol Agents A. Sells, J. Harnden, R. Guzman, A. Arrellano and J. Alston,  were performing assigned duties in Brown Field Border Patrol Station's area of responsibility. At approximately 5:50 PM, the Department of Defense guardsman, who was operating a thermal camera, notified agents via radio of a Honda driving south and then turning north on a dirt road known to Border Patrol as "The Minnewawa Truck Trail." Agent Sells responded to the area and attempted to conduct a vehicle stop on the Honda.  The driver of the Honda, later identified as the defendant, Kevin Antonio QUEVEDO-Moncada, briefly stopped and then quickly drove away. Agents observed that QUEVEDO drove at a high rate of speed and rode over a curb. QUEVEDO continued driving erratically throughout the Thousand Trails campground and headed towards the entrance of the campground before striking a Border Patrol vehicle being driven by Agent Arrellano. QUEVEDO continued to drive and began to rapidly accelerate as he turned east on Otay Lakes Road. Briefly, Agents lost visual of the Honda. Shortly after, Agents discovered the Honda had crashed into a tree off road on Otay Lakes Road near Mile Marker 10.5.

Agents observed three severely injured individuals, one of which was later identified as Material Witness, Luis Javier HERNANDEZ-Sacramento.

QUEVEDO climbed out of the front windshield and began to flee from the accident. Agent Sells grabbed QUEVEDO and attempted to handcuff him. QUEVEDO resisted Agent Sells and after a brief struggle, Agent Sells placed QUEVEDO under arrest at approximately 6:05 PM. Meanwhile, Agent Alston began assessing the injuries of the three individuals, including HERNANDEZ. It was determined that one individual was deceased at the scene. The two other individuals, including HERNANDEZ, sustained critical injuries and were transported to the hospital.

On December 26th, 2021, Agent R. Avila was assigned hospital duties guarding HERNANDEZ at Scripps Hospital. Agent Avila conducted an immigration inspection on HERNANDEZ. HERNANDEZ stated he is a citizen of Mexico without any immigration documents which

**CONTINUATION OF COMPLAINT:**
 Kevin Antonio QUEVEDO-Moncada

would allow him to enter or remain in the United States legally. At approximately 12:06 PM, Agent Avila placed HERNANDEZ under arrest.

QUEVEDO was advised of his Miranda Rights and stated that he was willing to speak without having an attorney present. QUEVEDO stated he is a citizen of Mexico. QUEVEDO stated he is a Deferred Action for Childhood Arrivals (DACA) recipient. QUEVEDO stated he met an individual regarding a work proposition. QUEVEDO stated an individual called him and instructed him to drive down to "Chula" and there was going to be "a package, like weed and stuff." QUEVEDO stated the individual directed him to the location through FaceTime calls and messages. QUEVEDO stated he drove down from Lake Forest, California and was instructed to go to a liquor store before he headed to "the trail." QUEVEDO stated he last had contact with the individual at the bottom of the trail, where he was instructed to drive up the trail and was told "they were going to be right there." QUEVEDO stated when he got to the top of the trail, he saw three individuals on the trail. QUEVEDO stated all three jumped in the vehicle and one, in Spanish language, stated "Let's go, run!" QUEVEDO stated that is when he knew they were illegal immigrants and that he was doing something illegal. QUEVEDO stated he was going to get paid $2,000 USD for everything. QUEVEDO stated he let the individuals in the car, because he needed the money, and he was already there. QUEVEDO stated he was able to see multiple Border Patrol agents at the bottom of the trail. QUEVEDO stated once he reached the bottom of the trail, one of the individuals who he picked up gave him instructions. QUEVEDO stated he then took off at a high rate of speed and lost control of his vehicle and collided with a tree. QUEVEDO stated he took off at a high rate of speed because he noticed Border Patrol turn on their emergency lights. QUEVEDO stated he knew he was expected to pull over but was scared and wanted to get away. QUEVEDO stated all three individuals were sitting in the back seat. QUEVEDO stated he accelerated away and reached approximately 40-45 MPH when he lost control of the vehicle and hit a tree. QUEVEDO stated after he regained consciousness, he noticed one of the passengers laying right next to the center console moaning in pain and possibly bleeding. QUEVEDO stated he immediately jumped out of the vehicle through the windshield and ran. QUEVEDO stated he then saw Border Patrol agents approaching him and he decided to go the other way. QUEVEDO stated while Border Patrol agents were attempting to placed handcuffs on him, he resisted initially. QUEVEDO stated he was subsequently placed in handcuffs and put in a Border Patrol vehicle.